**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

*In re:* Case No.: 26-21021-SMG

KERI VISCONTI FEENEY, Chapter 7

Debtor. /

**TRUSTEE'S APPLICATION TO EMPLOY PAULA A. MARTINEZ, ESQ. AND THE LAW FIRM OF AGENTIS PLLC AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE AS SEPTEMBER 17, 2026**

***Relief Requested Without a Hearing***

Kenneth A. Welt, Chapter 7 Trustee (the "Trustee"), by and through his undersigned proposed counsel, moves the Court, pursuant to Sections 327 and 328(a) of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP"), for entry of an order authorizing the Trustee to employ and retain Paula A. Martinez, Esq. ("Applicant") and the law firm of Agentis, PLLC ("Agentis") to represent the Trustee (the "Application") in the above-styled matter, as of September 17, 2026, and in support thereof, states as follows:

1. This matter was initiated by KERI VISCONTI FEENEY (the "Debtor"), upon the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in this Court on August 19, 2026 [DKT No. 1].

2. The meeting of creditors under Section 341 of the Bankruptcy Code is currently scheduled for October 1, 2026 at 9:00 a.m. [DKT No.'s 9 and 23].

3. It is necessary that the Trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the Debtor's estate (the "Estate").

4. Agentis does not hold or represent any interest adverse to the Estate and the Trustee believes that the employment of Applicant is in the best interests of the Estate.

5. Attached to this Application as **Exhibit "A"** is the Affidavit of Applicant demonstrating that Paula A. Martinez, Esquire and the law firm of Agentis are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under FRBP 2014.

6. Agentis has agreed to be compensated in accordance with 11 U.S.C. § 330 as of September 17, 2026.

7. The Trustee believes that the Applicant is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on his relations with and responsibilities to the Debtor, creditors, and other parties.

**WHEREFORE,** the Trustee respectfully requests entry of an order authorizing the employment of Paula A. Martinez, Esq. and the law firm of Agentis, PLLC, to represent the Trustee pursuant to 11 U.S.C. §§ 327 and 330, as of September 17, 2026, and for such other relief as the Court deems just.

By: */s/ Kenneth A. Welt, Trustee*

Kenneth A. Welt, Trustee
4581 Weston Road Suite 355
Weston, FL 33331
E-mail: kaw@trusteeservices.biz
(954) 761-5161 Office

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on September 17, 2026.

AGENTIS PLLC
***Proposed Counsel for the Chapter 7 Trustee***
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: *<u>/s/ Paula A. Martinez</u>*
Paula A. Martinez
Florida Bar No: 1017901
pam@agentislaw.com

**Exhibit "A"**
**Affidavit**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

*In re:* Case No.: 26-21021-SMG

KERI VISCONTI FEENEY, Chapter 7

Debtor. /

**AFFIDAVIT OF DISINTERESTEDNESS AND RULE 2014 DISCLOSURES OF PROPOSED ATTORNEY FOR CHAPTER 7 TRUSTEE**

STATE OF FLORIDA )
) SS:
COUNTY OF MIAMI-DADE )

**BEFORE ME**, the undersigned authority, personally appeared Paula A. Martinez, in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am Paula A. Martinez ("Applicant"). I am a licensed attorney admitted to practice in Florida and the United States District Court for the Southern District of Florida.

2. I am an associate at the law firm of Agentis PLLC ("Agentis"), with offices located at 45 Almeria Avenue, Coral Gables, Florida 33134. I am familiar with the matters set forth in this Affidavit in support of the *Trustee's Application to Employ Paula A. Martinez, Esq. and the Law Firm of Agentis PLLC as Attorneys for the Chapter 7 Trustee as of September 17, 2026* (the "Application").

3. In support of the Application, I disclose the following:

4. Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

**5.** In preparing this Affidavit, I reviewed lists of all of the creditors and interested parties of the Debtor[1] as provided by the Petition. I compared the information obtained with the information contained in our law firm's client and adverse party conflict check index system. The facts stated in this Affidavit as to the relationship between other lawyers in our law firm and the Debtor, the Debtor's creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(14) of the Bankruptcy Code are based on the results of my review of our firm's conflict check index system. Specifically, Agentis has (i) caused to be conducted a computer search of the firm's records in respect of all of the names referred to in the first sentence of this paragraph, and (ii) caused to be disseminated a written request for information to all of the attorneys in our firm regarding connections to the Debtor and the creditors of the Debtor. Based upon a search of the firm's records as described above, our firm does not represent any entity in a matter which would constitute a conflict of interest or impair the disinterestedness of Agentis as required by FRBP 2014.

6. Agentis' client and adverse party conflicts check system is comprised of records regularly maintained in the course of business of the firm, and it is the regular practice of the firm to make and maintain these records. It reflects entries that are noted in the system at the time. The information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

7. Other than as set forth in this Affidavit, Agentis neither holds nor represents any interest adverse to the Debtor and is a "disinterested person" within the scope and meaning of section 101 (14) of the Bankruptcy Code.

[1] All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Application.

8. Agentis represents many different clients with various business interests in numerous industries. At present, Agentis does not currently represent a creditor of the Debtor in any matter related to this case.

9. Neither I nor Agentis has or will represent any other entity in connection with this case, and neither I nor Agentis will accept any fee from any other party or parties in this case, unless otherwise authorized by the Court.

10. Agentis is not a creditor of, and asserts no prepetition claim against the Debtor.

11. The professional fees and costs incurred by Agentis in the course of its representation of the Trustee in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330, and 331 and FRBP 2014 and 2016.

12. The hourly rates for attorneys at Agentis, range from $380.00 to $710.00. My current hourly rate is $400.00. The hourly rates for the para-professionals at Agentis range from $130.00 to $255.00. Agentis typically adjusts its hourly rates annually on January 1st.

13. There is no agreement of any nature, other than the shareholder agreement of our firm, as to the sharing of any compensation to be paid to the firm. No promises have been received by Agentis nor any member or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

14. No attorney in the firm has any other interest, direct or indirect, that may be affected by the proposed representation.

15. Except as set forth herein, no attorney in our firm has had or presently has any material connection with the captioned Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the firm is to be engaged,

except that I, our law firm, and our attorneys (i) may have appeared in the past, and may appear in the future, in other cases in which one or more of said parties may be involved; and (ii) may represent or may have represented certain of the Debtor's creditors in matters unrelated to this case.

16. To the extent that any information disclosed herein requires supplementation, amendment or modification upon Applicant's completion of further analysis or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court

17. This concludes my Affidavit.

**FURTHER AFFIANT SAYETH NAUGHT.**

Paula A. Martinez
Florida Bar No: 1017901

**SWORN TO AND SUBSCRIBED** before me this 17th day of September 2026.

NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: Jacquelyn Betancourt
Commission No. HH 713131
My Commission Expires: 12/3/2029

JACQUELYN BETANCOURT
MY COMMISSION # HH 713131
EXPIRES: December 3, 2029

**Exhibit "B"**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

*In re:* Case No.: 26-21021-SMG

KERI VISCONTI FEENEY, Chapter 7

Debtor. /

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY PAULA A. MARTINEZ, ESQ. AND THE LAW FIRM OF AGENTIS PLLC AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE AS OF SEPTEMBER 17, 2026**

THIS MATTER came before the Court, upon the *Trustee's Application to Employ Paula A. Martinez, Esq. and the Law Firm of Agentis, PLLC as Attorneys for the Chapter 7 Trustee as of September 17, 2026* (the "Application") [DKT No. ], and having noted the disclosures made therein, finding that Paula A. Martinez, Esq. and the law firm of Agentis PLLC represent no interest adverse to the Trustee[1], the Debtor, or the Estate in the matters upon which said attorneys are to be engaged, that said attorneys' employment is necessary and would be in the best interests of the Estate and the creditors, and being otherwise duly advised **ORDERS** as follows:

1. The Application is **APPROVED**.

2. The Court **FINDS** that Paula A. Martinez, Esq. and the law firm of Agentis PLLC are disinterested as defined in 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

[1] All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Application.

3. Paula A. Martinez, Esq. and the law firm of Agentis, PLLC are designated as counsel for Kenneth A. Welt, Chapter 7 Trustee, to represent the Trustee in the matters set forth in the Application, and said employment is approved pursuant to 11 U.S.C. §§ 327 and 330, as of September 17, 2026.

# # #

**SUBMITTED BY:**

Paula A. Martinez
Florida Bar No: 1017901
pam@agentislaw.com
AGENTIS PLLC
**Counsel for Chapter 7 Trustee**
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

(Copy furnished to Attorney Martinez, who is directed to serve a conformed copy of this order upon all interested parties)